ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Suffolk Construction Company, Inc. | ) | ASBCA No. 59451 |
| | ) | |
| Under Contract No. N40085-11-C-7231 | ) | |

APPEARANCES FOR THE APPELLANT:      Kevin P. Polansky, Esq.
Thomas H. Hayman, Esq.
  Nelson Mullins Riley & Scarborough LLP
Boston, MA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Stephen L. Bacon, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

Pursuant to the parties' joint request dated 22 September 2014, the above-referenced appeal is hereby dismissed without prejudice. Pursuant to Board Rule 18(b), unless either party or the Board acts within one year from the date of this Order to reinstate this appeal, the dismissal shall be deemed with prejudice.

Dated: 29 September 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59451, Appeal of Suffolk Construction Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals